**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

MIRANDA VANDOREN,

      Plaintiff,

        v.                      CAUSE NO. 1:22-CV-3-HAB-SLC

CITIMORTGAGE, INC.,

      Defendants.

**ORDER**

      Miranda Vandoren filed this case pro se in the Fort Wayne Division raising claims based on events which occurred in Akron, Indiana, which is located within the geographical boundaries of the South Bend Division. Pursuant to N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may…transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

      For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the South Bend Division.

      SO ORDERED on January 7, 2022.

                  s/Holly A. Brady
                  JUDGE HOLLY A. BRADY
                  UNITED STATES DISTRICT COURT